

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JOSE DEMETRIO PINEDA,        §        No.08-21-00143-CR

       Appellant,        §        Appeal from the

v.        §        109th District Court

THE STATE OF TEXAS,        §        of Winkler County, Texas

       State.        §        (TC# DC16-5584)

§

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **February 3, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. M. Michele Rogers, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 3, 2022.

IT IS SO ORDERED this 4th day of January, 2022.


PER CURIAM


Before Rodriguez, C.J., Palafox, and Alley, JJ.